**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 405 EAL 2014
:
　　　　　　　　　　Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
　　　　　v. :
:
:
:
RICARDO HAIRSTON, :
:
　　　　　　　　　　Petitioner :

## ORDER

**PER CURIAM**

　　　　**AND NOW**, this 25th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.